# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Rojeski et al, <br> Plaintiff, <br><br> v. <br><br> Master Moving, Inc. et al, <br> Defendant. | LA CV 25-01741-DSF-ADS <br><br> Order to Show Cause Re: No Answer |

    Generally, defendants must answer the complaint within 21 days after service or 60 days if the defendant is the United States. Fed. R. Civ. P. 12(a)(1).

    In this case, Master Moving, Inc, Batia Zelig failed to plead or otherwise defend within the relevant time. The Court orders plaintiff to show cause in writing on or before April 30, 2025 why the claims against the non-appearing defendant(s) should not be dismissed for lack of prosecution. Failure to respond to this Order may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: April 16, 2025

_____
The Honorable Dale S. Fischer
United States District Judge